**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

CHARLES ASHFORD                                                                    PLAINTIFF
ADC # 133975

v.                                       No. 5:07CV00274 JLH

KENNETH HOWARD, CO - 1, Varner Super Max,
Arkansas Department of Correction                                        DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended  Disposition submitted

by United States Magistrate Judge H. David Young and the objections.  After carefully considering

the objections and making a *de novo* review of the record in this case, the Court concludes that the

Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted

in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendant Howard are

DISMISSED WITHOUT PREJUDICE and his Motion to Amend (docket entry #34) is DENIED.

DATED this 18th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE