IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHARLES ASHFORD                                                                                PLAINTIFF
ADC # 133975

v.                                         No. 5:07CV00274 JLH

KENNETH HOWARD, CO - 1, Varner Super Max,
Arkansas Department of Correction                                                      DEFENDANT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 18th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE